IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC. | : |
| Plaintiff | : |
| v. | : Case No. 3:12-cv-01478 (WWE) |
| CONNECTICUT FRESH, INC., et al | : |
| Defendants | : |

## ORDER OF FINAL DEFAULT JUDGMENT

UPON the motion of plaintiff, the memorandum in support, and declarations of plaintiff's counsel demonstrating that defendants Connecticut Fresh, Inc., Nicholas Bakes and Paul Ryan failed to plead or otherwise defend in this action, and that defendants owe plaintiff the sum of $15,030.61 plus pre-judgment interest in the amount of $51.02, and attorneys' fees and costs in the amount of $5,393.00, for a total trust debt under Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499(e)(c) in the amount of $20,474.63; and that defendants are not infants, incompetent persons or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of plaintiff Four Seasons Produce, Inc. and against defendants Connecticut Fresh, Inc., Nicholas Bakes and Paul Ryan, jointly and severally, in the sum of $15,030.61 plus pre-judgment interest in the amount of $51.02, and attorneys' fees and costs in the amount of $5,393.00, for a total judgment of $20,474.63, a trust debt under the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c), plus post-judgment interest from the date of judgment at the rate allowed by 28 U.S.C. § 1961; and it is further

ORDERED, ADJUDGED AND DECREED that the judgment entered in favor of plaintiff and against defendants Connecticut Fresh, Inc., Nicholas Bakes and Paul Ryan is a final judgment, there being no just cause for delay.

Dated this 6th day of December, 2012

/s/ Warren W. Eginton
Hon. Warren W. Eginton, U.S.D.J.