IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC.,<br>Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 3:12-cv-01478-MPS |
| CONNECTICUT FRESH, INC.,<br>KRISTINA M. RUSSBACH a/k/a<br>KRISTINA M. BAKES,<br>NICHOLAS BAKES,<br>and PAUL RYAN,<br>Defendants. | :<br>:<br>:<br>: MAY 13, 2013<br>:<br>: |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff Four Seasons Produce, Inc. hereby voluntarily dismisses pursuant to FRCP 41(a)(1)(A)(i) its deficiency claim against defendants, Connecticut Fresh, Inc., Kristina M. Russbach a/k/a Kristina M. Bakes, Nicholas Bakes and Paul Ryan, in its entirety and without prejudice. Each side to bear its own costs.

Dated this 13th day of May, 2013.

                                                  BERDON, YOUNG & MARGOLIS, PC

                                                  By:/s/ Stuart A. Margolis
                                                      Stuart A. Margolis, Esq. [ct08803]
                                                      132 Temple St.
                                                      New Haven, CT 06510
                                                      (203) 772-3740
                                                      stuart.margolis@bymlaw.com

                                                      McCARRON & DIESS
                                                      Gregory Brown
                                                      707 Walt Whitman Road, Second Floor
                                                      Melville, NY 11747
                                                      (631) 425-8110
                                                      (631) 425-8112 fax
                                                      gbrown@mccarronlaw.com
                                                      Counsel for Plaintiff

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FOUR SEASONS PRODUCE, INC.,<br>　　　　Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 3:12-cv-01478-MPS |
| | : |
| CONNECTICUT FRESH, INC.,<br>KRISTINA M. RUSSBACH a/k/a<br>KRISTINA M. BAKES,<br>NICHOLAS BAKES,<br>and PAUL RYAN,<br>　　　　Defendants. | :<br>:<br>:<br>: MAY 13, 2013<br>:<br>: |

### CERTIFICATE OF SERVICE

I hereby certify that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL, was filed in the Court's CM/ECF system on the 13th day of May, 2013. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　BERDON, YOUNG & MARGOLIS, PC

　　　　　　　　　　　　　　　　　　By:/s/ Stuart A. Margolis
　　　　　　　　　　　　　　　　　　　　Stuart A. Margolis, Esq. [ct08803]
　　　　　　　　　　　　　　　　　　　　132 Temple St.
　　　　　　　　　　　　　　　　　　　　New Haven, CT 06510
　　　　　　　　　　　　　　　　　　　　Tel: 203-772-3740
　　　　　　　　　　　　　　　　　　　　Fax: 203-492-4444
　　　　　　　　　　　　　　　　　　　　stuart.margolis@bymlaw.com